(May 17, 2016)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON ENNIS, Appellant. [30 NYS3d 540]—

Judgment of resentence, Supreme Court, New York County (Roger S. Hayes, J.), rendered October 4, 2013, resentencing defendant to an aggregate term of 19½ to 39 years, unanimously affirmed.

Following defendant's successful CPL 440.20 motion to set aside his original sentence on grounds not at issue on appeal, the resentencing court imposed a lawful combination of concurrent and consecutive sentences. The court properly imposed consecutive sentences for separate and distinct acts committed

against different victims at different times, notwithstanding that the court ordered all of these consecutive sentences to run concurrently with defendant's sentence on his conviction of conspiracy in the second degree, as was required by law given that the nonconspiracy crimes were among the overt acts supporting the conspiracy conviction (*see People v Parks*, 95 NY2d 811, 814 [2000]). However, defendant's assertion that the sentences for the nonconspiracy convictions are effectively consecutive to the conspiracy sentence is without merit. "[S]entences may run consecutively to each other even though each of those sentences is required to run concurrently with the same third sentence" (*People v Rodriguez*, 112 AD3d 488, 489 [1st Dept 2013], *affd* 25 NY3d 238 [2015]).

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Friedman, Andrias, Moskowitz and Kahn, JJ.